

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00039-CV

BOBBY BROWN,

                                                            **Appellant**

 v.

GEANNIE JONES AND JOHN JACKSON,

                                                            **Appellees**

---

**From the Precinct 1 Place 1**
**Walker County, Texas**
**Trial Court No. 114SO57**

---

## MEMORANDUM  OPINION

---

Appellant Bobby Brown appeals the dismissal of his suit in the Justice of the Peace Court, Precinct No. 1, Walker County, directly to this court. By letter dated February 20, 2015, the Clerk of this Court notified Brown that this appeal was subject to dismissal for want of jurisdiction and also warned him that the Court may dismiss this appeal unless, within fourteen days after the date of the letter, he showed grounds for continuing the appeal. Brown has not shown grounds for continuing the appeal.

We plainly lack jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 51.001-.002 (West 2008) (providing for appeal from justice court to county or district court); *Tejas Elevator Co. v. Concord Elevator, Inc.*, 982 S.W.2d 578, 579 (Tex. App.—Dallas 1998, no pet.); *see also Brown v. Jones*, No. 10-08-00272-CV, 2008 WL 4742374, at *1 (Tex. App.—Waco Oct. 29, 2008, no pet.). This appeal is therefore dismissed for want of jurisdiction. TEX. R. APP. P. 42.3(a).

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 19, 2015
[CV06]

